# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13294

_____

C.B.,

                                                           Plaintiff-Appellant,

*versus*

NASEEB INVESTMENTS, INC.,
d.b.a. The Hilltop Inn,
a.k.a. Econolodge,

                                                           Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-04213-AT

_____

ORDER:

The motion for leave to file a brief as *amicus curiae* in support of affirmance, filed by International Franchise Association, is GRANTED.

<u>/s/ Barbara Lagoa</u>
UNITED STATES CIRCUIT JUDGE