**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                    In Replying Give Number
Clerk                                                    Of Case and Names of Parties

October 9, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 26, 2026, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

-------------------------------------------------------------------------------------------------------------------------------

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #8.*

| | |
|---|---|
| 24-11693 | John Legros v. Secretary, Department of Corrections, et al. |
| 25-10072 | Oconee Landing Property, LLC, et al. v. Commissioner of Internal Revenue (REVISED ARGUMENT DATE) |
| 23-10003 | United States v. Reginald Smith, Jr. |
| 24-11945 | United States v. Alexander Alli (REVISED ARGUMENT DATE) |
| 24-11260 | Jeffrey Hayes v. Director, OWCP, et al. (REVISED ARGUMENT DATE) |
| 24-13509 | Geoffrey Anderson, et al. v. City of Atlanta, Georgia (REVISED ARGUMENT DATE) |
| 24-12112 | United States v. Jddarrian Irons |
| 24-14186 | iCare Child Development Center LLC, et al. v. Alethea Cicero-Brown, et al. |
| 24-10638 | United States v. Myelicia Rodgers |
| 24-12603 | Kenny Faulk v. Dimerco Express USA Corp. |
| 24-10389 | United States v. Phillip Wasserman |
| 24-13309 | Abigail Marbut v. Matthew Phillips, et al. |
| 23-12752 | Nicholas Bolton v. Sheriff of Coweta County, GA, et al. |
| 24-13333 | Northfield Insurance Company v. North Brook Industries, Inc., et al. |
| 24-10714 | Bradly Gibson v. Outokumpu Stainless Steel USA, LLC |
| 24-13294 | C.B. v. Naseeb Investments, Inc. |