# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13294
_____

C.B.,

                                                          *Plaintiff-Appellant,*

*versus*

NASEEB INVESTMENTS, INC.,
    d.b.a. The Hilltop Inn,
    a.k.a. Econolodge,

                                                          *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-04213-AT
_____

ORDER:

    Motion for non party A.G. and G.W. for leave to file an Amicus Brief in support of C.B. is DENIED as untimely.

2                          Order of the Court                       24-13294

DAVID J. SMITH  
Clerk of the United States Court of  
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION