**No. 24-13294-C**

---

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

———————————————

C.B.,
*Appellant-Plaintiff,*

v.

NASEEB INVESTMENTS, INC.,
*Appellee-Defendant.*

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
Case No. 1:20-cv-04213-AT

———————————————

**MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PETITION
FOR REHEARING *EN BANC* OF APPELLEE NASEEB INVESTMENTS,
INC.**

———————————————

Kori Wagner
Tracy Anne Gilmore
SWIFT, CURRIE,
MCGHEE & HIERS, LLP
1420 Peachtree Street NE,
Suite 800
Atlanta, GA 30309
T: (404) 888-6191
kori.wagner@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

Laurie Webb Daniel
Jonathan Bradley Spital
WEBB DANIEL
FRIEDLANDER LLP
75 14th Street NE
Suite 2450
Atlanta, GA 30309
T: (404) 795-5088
laurie.daniel@webbdaniel.law
jonathan.spital@webbdaniel.law

*Counsel for Appellee-Defendant Naseeb Investments, Inc.*

*C.B. v. Naseeb Investments, Inc.,* Case No. 24-13294

## **<u>Certificate of Interested Persons & Corporate Disclosure Statement</u>**

In accordance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, counsel for Appellee-Defendant Naseeb Investments, Inc. certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations (including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party) that have an interest in the outcome of this particular case or appeal:

- A.G. (Appellant *in A.G. v. Northbrook Industries, Inc.,* Appeal No. 25-10816)

- Amin, Nalini (Joint Owner of Defendant Naseeb Investments)

- Amin, Vic (Joint Owner of Defendant Naseeb Investments)

- Andersen, Tate & Carr, P.C. (Counsel for A.G. & G.W.)

- Atkins, Sabrina Lynn (Counsel for Defendant-Appellee)

- Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. (Counsel for Movant Choice Hotels International Inc.)

- Beranek, Lori M. (Counsel for Movants U.S. Attorney's Office and FBI)

C-1 of 5

*C.B. v. Naseeb Investments, Inc.,* Case No. 24-13294

- Bondurant, Mixson & Elmore LLP (Counsel for Plaintiff-Appellant)

- Bouchard, David (Counsel for A.G. & G.W.)

- Boulee, J.P. (United States District Court Judge)

- Cartiga Consumer Funding, LLC (Litigation Funding) C.B. (Plaintiff-Appellant)

- C.B. (Appellant)

- Choice Hotels International, Inc. (Movant in District Court)

- Clopton, Andrew (Counsel for International Franchise Association)

- Colette, Hervey Joseph (Counsel for Movant View Point Health)

- Cooper, Belle-Anne (Counsel for Plaintiff-Appellant)

- Ekpo, Oto (Counsel for A.G. & G.W.)

- Federal Bureau of Investigation (Movant in District Court)

- Finch McCranie, LLP (Counsel for A.G. & G.W.)

- Fine, Julie (Counsel for International Franchise Association)

- Fireman's Fund (Insurer for Northbrook Industries, Inc.)

- Freeman Mathis & Gary, LLP (Counsel for Movant View Point Health)

- Gilmore, Tracy Anne (Counsel for Defendant-Appellee)

*C.B. v. Naseeb Investments, Inc.,* Case No. 24-13294

- G.W. (Appellant in *G.W. v. Northbrook Industries, Inc.,* Appeal No. 25-10829)

- Galloway, Sara (Counsel for Northbrook Industries, Inc.)

- Gilmore, Tracy Anne (Counsel for Defendant-Appellee)

- Greenaway, Amber (Counsel for Plaintiff-Appellant)

- Harris, Roger E. (Counsel for Defendant-Appellee)

- International Franchise Association (Amicus)

- Jones Day (Counsel for International Franchise Association)

- Knisely, Gabriel (Counsel for A.G. & G.W.)

- Lee, Christopher Sue (Counsel for Movant View Point Health)

- Lewis Brisbois Bisgaard Smith, LLP (Counsel for Northbrook Industries, Inc.)

- McDonough, Patrick (Counsel for A.G. & G.W.)

- Merrill, Marissa (Counsel for Defendant-Appellee)

- Mobley, Cameron (Counsel for Northbrook Industries, Inc.)

- Naseeb Investments, Inc. d/b/a The Hilltop Inn a/k/a Econolodge (Defendant-Appellee)

- Northbrook Industries, Inc. (Appellee in AG. *v. Northbrook Industries, Inc. and G.W. v. Northbrook Industries, Inc.*)

- Patel, Atul (Joint Owner of Defendant Naseeb Investments)

*C.B. v. Naseeb Investments, Inc.,* Case No. 24-13294

- Patel, George (Joint Owner of Defendant Naseeb Investments)

- Ramachandrappa, Naveen (Counsel for Plaintiff-Appellant)

- Spital, Jonathan (Counsel for Defendant-Appellee)

- Stoddard, Matthew (Counsel for Plaintiff-Appellant)

- Swift, Currie, McGhee & Hiers, LLP (Counsel for Defendant-Appellee)

- The Stoddard Firm (Counsel for Plaintiff-Appellant)

- Tonge, Jonathan (Counsel for A.G. & G.W.)

- Totenberg, Hon., Amy (District Court Judge, N.D. Ga.)

- Tropper, Joshua (Counsel for Movant Choice Hotels International Inc.)

- Turner, Sara Marie (Counsel for Movant Choice Hotels International Inc.)

- United States Attorney's Office (Movant in District Court)

- View Point Health (Movant in District Court)

- Wagner, Kori (Counsel for Defendant-Appellee)

- Ward, Alice (Counsel for Northbrook Industries, Inc.)

- Webb Daniel, Laurie (Counsel for Defendant-Appellee)

- Webb Daniel Friedlander LLP (Counsel for Defendant-Appellee)

- Weeks, Rory (Counsel for A.G. & G.W.)

*C.B. v. Naseeb Investments, Inc.,* Case No. 24-13294

- WLG Atlanta, LLC (Counsel for Plaintiff-Appellant)

- Zabresky, Janelle (Counsel for Plaintiff-Appellant)

Counsel for Appellee Naseeb Investments, Inc. further certifies that

Choice Hotels International, Inc. (CHH) is a publicly traded company that has

an interest in the outcome of this case or appeal.

Submitted this April 9, 2026.

/s/ *Laurie Webb Daniel*
Laurie Webb Daniel
Jonathan Bradley Spital
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE
Suite 2450
Atlanta, GA 30309
(404) 433-6430
laurie.daniel@webbdaniel.law
Jonathan.spital@webbdaniel.law

Kori Wagner
Tracy Ann Gilmore
SWIFT, CURRIE,
MCGHEE & HIERS, LLP
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
(404) 874-8800
kori.wagner@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

*Attorneys for Appellee-Defendant*

C-5 of 5

*C.B. v. Naseeb Investments, Inc.,* Case No. 24-13294

## APPELLEE'S MOTION FOR 30-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC

Appellee, Naseeb Investments, Inc., by and through undersigned counsel, and pursuant to 11th Cir. R. 40-2, respectfully requests a 30-day extension of time to file a petition for rehearing *en banc*. In support of this request, appellee states as follows:

1.      On March 30, 2026, the Court issued a published opinion vacating the grant of summary judgment in appellee's favor and remanding to the District Court for further proceedings.

2.      Pursuant to this Court's rules, a petition for rehearing or rehearing en banc is due by April 20, 2026. *See* 11th Cir. R. 40-2.  However, undersigned counsel has multiple competing appellate deadlines during this time period in both this Court and the appellate courts of the state of Georgia.

3.      Undersigned counsel believes that the panel decision is contrary to this Circuit's precedent, which requires a plaintiff asserting a civil beneficiary claim under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. § 1595(a), to prove that the defendant had knowledge of the specific identity of the trafficking victim. *See Doe #1 v. Red Roof Inns, Inc.*, 21 F.4th 714 (11th Cir. 2021); *Bridges. v. Poe*, 155 F.4th 1302, 1320 (11th Cir. 2025).  The appeal also involves questions of exceptional importance regarding the necessary elements of a civil beneficiary claim under the TVPRA.

1 of 2

*C.B. v. Naseeb Investments, Inc.,* Case No. 24-13294

4. A reasonable extension of 30 days would provide undersigned counsel with sufficient time to file a meaningful petition for rehearing *en banc*, and would allow time for the client to review prior to filing.

WHEREFORE, Appellee, Naseeb Investments, Inc. respectfully requests a 30-day extension of time to file a petition for rehearing *en banc*.

Respectfully submitted this April 9, 2026.

*/s/ Laurie Webb Daniel*
Laurie Webb Daniel
Jonathan Bradley Spital
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE
Suite 2450
Atlanta, GA 30309
(404) 433-6430
laurie.daniel@webbdaniel.law
jonathan.spital@webbdaniel.law

Kori Wagner
Tracy Ann Gilmore
SWIFT, CURRIE,
MCGHEE & HIERS, LLP
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
(404) 874-8800
kori.wagner@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

*Attorneys for Appellee-Defendant*

2 of 2

## CERTIFICATE OF COMPLIANCE

1.      This brief complies with the type-volume limitation of Fed. R. App. P. 40(d)(3) because it contains 268 words, excluding the parts of the brief exempted by Fed. R. App. P. 27(d)(2)(A).

2.      This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Times New Roman 14-point font.

This April 9, 2026.

/s/ *Laurie Webb Daniel*
Laurie Webb Daniel
75 14th Street NE
Suite 2450
Atlanta, GA 30309
T: (404) 433-6430
laurie.daniel@webbdaniel.law

*Counsel for Appellee-Defendant*

Certificate of Compliance Page

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system, which system thereby electronically served the same on the following counsel of record:

Matthew B. Stoddard
Belle-Anne B. Cooper
THE STODDARD FIRM
1534 N Decatur Road
Atlanta, GA 30307
matt@legalhelpha.com
ba@legalhelpga.com

Naveen Ramachandrappa
Amber D. Greenaway
BONDURANT MIXSON & ELMORE LLP
1201 W Peachtree St NW Ste 3900
Atlanta, GA 30309
ramachandrappa@bmelaw.com
greenaway@bmelaw.com

/s/ *Laurie Webb Daniel*
Laurie Webb Daniel

Certificate of Service Page