# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13294
_____

C.B.,

*Plaintiff-Appellant,*

*versus*

NASEEB INVESTMENTS, INC.,
  d.b.a. The Hilltop Inn,
  a.k.a. Econolodge,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-04213-AT

_____

_____

No. 25-10816
_____

A.G.,

*Plaintiff-Appellant,*

*versus*

2                    Order of the Court                    24-13294

NORTHBROOK INDUSTRIES, INC.,

   d.b.a. United Inn and Suites,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-05231-JPB

_____

_____

No. 25-10829

_____

G.W.,

*Plaintiff-Appellant,*

*versus*

NORTHBROOK INDUSTRIES, INC.,

   d.b.a. United Inn and Suites,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-05232-JPB

_____

ORDER:

The motion for an extension of time to and including May 20, 2026, to file Appellee Northbrook Industries, Inc.'s Petition for rehearing is GRANTED,

24-13294                    Order of the Court                    3

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION